IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
7:16-CV-395-FL

| | |
|---|---|
| WENDY GALE BRILEY, )<br>(formerly Wendy Webb), )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BRUNSWICK COVE LIVING CENTER, )<br>LLC, HEDGEHOG HEALTHCARE )<br>ASSOCIATES, LLC and RONALD ROSS, )<br>)<br>Defendants. ) | **ENTRY OF DEFAULT** |

IT BEING SHOWN to the Clerk upon Motion of the Plaintiff that the Defendant Ronald Ross has failed to answer or otherwise appear in this action, and that the Defendant Ronald Ross is subject to default judgment as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

NOW, THEREFORE, the Default of Defendant Ronald Ross is hereby entered.

This 22nd day of February, 2017.

_____
Clerk of United States District Court
Eastern District of North Carolina