UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY GALE RILEY *formerly known as* Wendy Webb ) ) Plaintiff, ) ) v. ) ) BRUNSWICK COVE LIVING CENTER, ) LLC and RONALD ROSS ) Defendants. ) | **JUDGMENT** No. 7:16-CV-395-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant Brunswick Cove Living Center, LLC's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 16, 2018, and for the reasons set forth more specifically therein, that defendant Brunswick Cove Living Center's motion for summary judgment is granted.

**This Judgment Filed and Entered on May 16, 2018, and Copies To:**

John L. Coble  (via CM/ECF Notice of Electronic Filing)
Richard S. Parrotte (via CM/ECF Notice of Electronic Filing)
Deborah N. Meyer (via CM/ECF Notice of Electronic Filing)

May 16, 2018                    PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk